# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LUNA LATOYA BEY, *et al.*, | Case No. 3:20-cv-43 |
| Plaintiffs, | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| vs. | |
| MAGISTRATE KIMBERELY HARSHBARGER, *et al.*, | |
| Defendants. | |

## ORDER

Plaintiffs Luna LaToya Bey and Aladdin Moroc Bey have filed a *pro se* motion for leave to proceed *in forma pauperis*. (Doc. #1). However, this Court cannot rule on Plaintiffs' application/motion because they did not sign it. *Id.* at 3.

Plaintiffs shall submit a *signed* motion for leave to proceed *in forma pauperis* on or before **February 24, 2020**. Plaintiffs are placed on notice that if they do not file a *signed* motion, this case may be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

February 7, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge