# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

|  |  |  |
|---|---|---|
| LUNA LaTOYA BEY, et al., | : | |
| | : | Case No. 3:20-cv-00043 |
| Plaintiffs, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| MAGISTRATE KIMBERLY | : | **DECISION AND ENTRY** |
| HARSHBARGER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #5), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on March 25, 2020 (Doc. #5) is ADOPTED in full;

2. Plaintiff's Complaint is DISMISSED without prejudice; and

3. The case is TERMINATED on the docket of the Court.

April 9, 2020                                        *s/Thomas M. Rose

                                                           Thomas M. Rose
                                                           United States District Judge